## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARL GORDON and MONICA GORDON,

      Plaintiff,

against-

PERDUE TRANSPORTATION, INC.,

      Defendants.

State Index No.: 02773/07

Civil No.: _____

**NOTICE OF REMOVAL**

---

### INDEX OF PROCESS, PLEADINGS AND ORDERS SERVED UPON DEFENDANT

1. Summons and Verified Complaint dated and filed June 7th, 2007.

2. New York Secretary of State's "Affidavit of Service" dated June 18th, 2007.

81402.1