Index # 2007-4990
Purchased/Filed: June 7, 2007

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

| STATE OF NEW YORK | SUPREME COURT | ORANGE COUNTY |
|---|---|---|

CARL GORDON AND MONICA GORDON                                    PLAINTIFF

AGAINST

PERDUE TRANSPORTATION, INC.                                      DEFENDANT

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY    )

ROBIN BRANDOW BEING DULY SWORN, DEPOSES AND SAYS: DEPONENT RESIDES IN THE CITY OF ALBANY, COUNTY OF ALBANY, STATE OF NEW YORK. THAT ON THE 18TH DAY OF JUNE, 2007, AT THE OFFICE OF THE SECRETARY OF STATE, 41 STATE STREET, ALBANY, NEW YORK, DEPONENT SERVED SUMMONS & VERIFIED COMPLAINT UPON PERDUE TRANSPORTATION, INC. THE DEFENDANT IN THE ABOVE CAPTIONED ACTION BY DELIVERING TO AND LEAVING WITH DONNA CHRISTIE A COPY OF SAID SUMMONS & VERIFIED COMPLAINT AND THAT AT THE TIME OF MAKING SUCH SERVICE, DEPONENT PAID THE SECRETARY OF STATE THE SUM OF $10.00, THAT BEING THE LAWFUL FEE OF THE SECRETARY OF STATE FOR ACCEPTING SUCH SERVICE. DEPONENT FURTHER SAYS THAT SUCH SERVICE WAS MADE PURSUANT TO SECTION 253 OF THE VEHICLE AND TRAFFIC LAWS OF THE STATE OF NEW YORK AND THAT THE SAID DONNA CHRISTIE WAS A DESIGNATED CLERK OF THE SECRETARY OF STATE AND PERSON AUTHORIZED BY LAW TO ACCEPT SERVICE IN SUCH CASES.

SWORN TO BEFORE ME ON THIS

25TH DAY OF JUNE, 2007

_signature_
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_signature_
ROBIN BRANDOW

Invoice-Work Order # 0713163

State of New York - Department of State
Receipt for Service

Receipt #: 200706190026                          Cash #: 200706190025
Date of Service: 06/18/2007                      Fee Paid: $10 - CHECK
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to: SECTION 253 OF THE VEHICLE &
    TRAFFIC LAW

Party Served: PERDUE TRANSPORTATION, INC.


Plaintiff/Petitioner:
        GORDON, CARL


Service of Process Address:


                                                 Secretary of State
                                                 By DONNA CHRISTIE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served upon the following by deposit in the United States mail, first class postage prepaid, this 12th day of July, 2007:

>James J. Cupero, Esq.
>JAMES J. CUPERO, PLLC
>50 North Church St., Suite 201
>Goshen, NY 10924
>(845) 294-1060
>*Attorneys for Plaintiff*

>GOLDBERG SEGALLA, LLP
>
>By: _____
>Michael D. Shalhoub, Esq. (MS 2879)
>Michael F. Harris, Esq. (MH 8688)
>GOLDBERG SEGALLA, LLP
>**Attorneys for Defendant**
>170 Hamilton Avenue, Suite 203
>White Plains, New York 10601
>(914) 798-5400

81402.1