UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL GORDON and MONICA GORDON,

        Plaintiff,

-against-

PERDUE TRANSPORTATION, INC.,

        Defendants.

Civil No. 07 CIV 6363

**RULE 7.1**
**DISCLOSURE**

Defendants, PERDUE TRANSPORTATION, INCORPORATED, i/s/h/a PERDUE TRANSPORTATION, INC. by their attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following:

PERDUE TRANSPORATAION, INCORPORATED is a Wholly-Owned subsidiary of Perdue Incorporated, a privately owned corporation.

Dated:    White Plains, New York
             July 20, 2007

Yours, etc.,

_____
Michael D. Shalhoub, Esq. (MD- 2879)
Frank J. Ciano, Esq. (FC-4981)
GOLDBERG SEGALLA LLP
**Attorneys for Defendant**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Phone: (914) 798-5400
Fax:   (914) 798-5401
GS File No.: 12097.0006

TO:    James J. Cupero, Esq.
        JAMES J. CUPERO, PLLC
        50 North Church St., Suite 201
        Goshen, New York 10924
        (845) 294-1060
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

James J. Cupero, Esq.
JAMES J. CUPERO, PLLC
50 North Church St., Suite 201
Goshen, New York 10924
(845) 294-1060
*Attorneys for Plaintiff*

Dated:   White Plains, New York
         July 20, 2007

Yours, etc.,

_____
Michael D. Shalhoub, Esq. (MD-2879)
Frank J. Ciano, Esq. (FC-4981)
GOLDBERG SEGALLA LLP
**Attorneys for Defendant**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
GS File No.:  Pending

82251.1