

# GOLDBERG SEGALLA LLP

*Attorneys at Law*

Matthew J. McDermott

Direct Dial 914.798.5479
mmcdermott@goldbergsegalla.com

170 Hamilton Avenue/Suite 203
White Plains, New York 10601-1717
914.798.5400 FAX 914.798.5401
www.goldbergsegalla.com

February 21, 2008

## VIA FACSIMILE: (914) 390-4085

Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

      Re:    Gordon v. Perdue Transportation, Inc.
              Docket No.:  **07 Civ 6363**
              D/Accident:  12/26/06
              GS File No.:  3401.0001

Dear Judge Brieant:

This will confirm that the Court has adjourned the conference, scheduled before Your Honor on February 22, 2008.

The conference is now scheduled before Your Honor on Monday, March 14, 2008 at 9:00 a.m. By copy of this letter I am confirming the adjourned date with Mr. Cupero.

Respectfully Submitted,

MATTHEW J. McDERMOTT
(914) 798-5479

MJM/jh

cc:  James J. Cupero, PLLC
    Attorney for Plaintiff
    50 North Church Street
    Goshen, New York 10924
    (845) 294-1525

Philadelphia • New York • Buffalo • Rochester • Syracuse • Albany • White Plains • Long Island • Princeton • Hartford
Affiliated with Studio Legale Casini, Milan and Viareggio, Italy