

# GOLDBERG SEGALLA LLP
*Attorneys at Law*

Matthew J. McDermott

Direct Dial 914.798.5479
mmcdermott@goldbergsegalla.com

170 Hamilton Avenue/Suite 203
White Plains, New York 10601-1717
914.798.5400   FAX 914.798.5401
www.goldbergsegalla.com

February 20, 2008

**VIA FACSIMILE: (914) 390-4085**

Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

Re: Gordon v. Perdue Transportation, Inc.
    Docket No.: 07 Civ 6363
    D/Accident: 12/26/06
    GS File No.: 3401.0001

Dear Judge Brieant:

    We are counsel to the defendant in the above captioned matter. There is a conference scheduled before Your Honor on February 22, 2008. We were to have completed discovery by that time. Discovery is indeed substantially completed.

    On February 19, 2008, the deposition of plaintiff's designated expert/ treating physician was commenced. Due to patient commitments, however, we were unable to complete the deposition within the time frame that the physician allotted. As a result, the deposition has been scheduled to be completed on March 5, 2008. We expect that it will be finished at that time.

    Once that is done, and the defendant's physical examination report has been exchanged, we believe that necessary discovery in this action will be complete.

    We are writing to determine whether Your Honor would prefer to conduct a conference on February 22, 2008, as currently scheduled, or reschedule the conference for a date beyond March 5, 2008, when the deposition of plaintiff's expert will be completed. We are available to come in if that is the Court's desire, or to come in on some further date to be scheduled, if that is the Court's desire. This letter has been reviewed by counsel for the plaintiff, who agrees with its contents.

Philadelphia • New York • Buffalo • Rochester • Syracuse • Albany • White Plains • Long Island • Princeton • Hartford
Affiliated with Studio Legale Casini, Milan and Viareggio, Italy

Re: Gordon v. Perdue Transportation, Inc.
Docket No.: 07 Civ 6363

February 20, 2008

Page -2-

Respectfully Submitted,

MATTHEW J. McDERMOTT
(914) 798-5479

MJM/jh

cc: James J. Cupero, PLLC
    Attorney for Plaintiff
    50 North Church Street
    Goshen, New York 10924
    (845) 294-1525