UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARL GORDON and MONICA GORDON,

                Plaintiffs,

-against-

PERDUE TRANSPORTATION, INC.,

                Defendant.
-----------------------------------------------------------X

Docket No.: 07 Cv. 6363 (CLB) (MDF)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties in the above matter, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action is hereby discontinued, with prejudice and without costs or disbursements to any party as against the other. This Stipulation may be filed with the Clerk of the Court without further notice to any party.

Dated: July 2, 2008

**GOLDBERG SEGALLA, LLP**

_[signature]_

By: Matthew McDermott, Esq. (MM7164)
Attorney for Defendant
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400

**JAMES J. CUPERO, PLLC**

_[signature]_

By: James J. Cupero, Esq.
Attorney for Plaintiffs
50 N. Church Street, Suite 201
Goshen, New York 10924

So ORDERED

_[signature]_
7/28/08